1004

No. 78–628. HUTTER v. LAKE VIEW TRUST & SAVINGS BANK ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–631. BUSH v. WEBSTER, MAYOR OF GU-WIN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–635. ACOUSTI ENGINEERING COMPANY OF FLORIDA v. SEA ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 78–636. FAGNAN v. GREAT CENTRAL INSURANCE CO. C. A. 7th Cir. Certiorari denied.

No. 78–643. ROCKWELL INTERNATIONAL CORP. v. KIRK. C. A. 9th Cir. Certiorari denied.

No. 78–644. LEE KLINGER VOLKSWAGEN, INC. v. CHRYSLER CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 78–648. CITY OF SAN ANTONIO v. SAN PEDRO NORTH, LTD., ET AL. Ct. Civ. App. Tex., 4th Sup. Jud. Dist. Certiorari denied.

No. 78–715. FITZGERALD v. STAATS, COMPTROLLER GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 78–5166. RUDOLPH v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 78–5212. WRIGHT v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 78–5242. DRENNON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.